THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK M. GRAHAM, Appellant, *v.* JOHN N. PARTRIDGE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Graham v. Partridge,* 91 App. Div. 557, affirmed.
(Argued June 3, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

March 18, 1904, confirming the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*John Leary* for appellant.

*John J. Delany, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.  Absent: O'BRIEN, J.